UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00124-TWP-DML |
| | ) | |
| COLLIN JEX, | ) | -02 |
| | ) | |
| Defendant. | ) | |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 173. On its face, Defendant's motion does not show that he is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, his motion, dkt. [173], is **denied without prejudice**.

If Defendant wishes to renew his motion, he may do so by completing and returning the enclosed form motion. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

In addition, many of Defendant's complaints regarding the BOP's alleged failure to provide him with medical care suggest that he may wish to consider filing an action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), or a claim for injunctive relief. Any such action or claim should be filed in the district where he is confined. The **clerk** is **directed** to enclose a prisoner civil rights complaint form with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 8/31/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Collin Jex
Reg. No. 12815-028
FCI Lompoc
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

All Electronically Registered Counsel