UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:15-cr-124-TWP-DML-02 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| COLLIN JEX | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the Mr. Jex ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

☒ FACTORS CONSIDERED: See attached opinion.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cr-00124-TWP-DML |
| COLLIN JEX, | ) ) -02 |
| Defendant. | ) ) |

**<u>Order Denying Motion for Compassionate Release Without Prejudice</u>**

This matter is before the Court on Defendant Collin Jex's *pro se* Motion for Compassionate Release under the First Step Act of 2018. Dkt. 175. The Court appointed counsel to represent Mr. Jex and stayed the case. Dkts. 176, 178. CJA counsel appeared on Mr. Jex's behalf, dkt. 177, but then withdrew, dkts. 182, 183.

After counsel withdrew, the Court ordered Mr. Jex to supplement his motion for compassionate release with any information or argument that might inform the Court's discretion to grant or deny his motion for compassionate release on or before December 28, 2020. Dkt. 184. The Court warned Mr. Jex that his motion for compassionate release would be deemed abandoned and denied without prejudice if he did not file a supplement as required. *Id.* The Court mailed its Order to Mr. Jex on November 13, 2020.

As of the writing of this Order, Mr. Jex has not supplemented his motion for compassionate release as required, and the deadline for doing so has passed. Accordingly, the Court considers Mr. Jex's motion for compassionate release abandoned, and the motion, dkt.

[175], is **denied without prejudice**. Nothing in this Order, however, prohibits Mr. Jex from filing a new motion for compassionate release.

    **IT IS SO ORDERED.**

Date: 1/14/2021

*[signature]*

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Collin Jex
Reg. No. 12815-028
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

All Electronically Registered Counsel